## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:11CR425** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **JAIME ROCHA VELASQUEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the United States' Motion for Dismissal (Filing No. 18). The Court, being duly advised in the premises, finds said Motion should be granted.

IT IS HEREBY ORDERED:

1. The United States' Motion for Dismissal (Filing No. 18) is granted;

2. Leave is granted for the United States to dismiss the Indictment filed herein as to the Defendant, Jaime Rocha Velasquez; and

3. The Indictment filed herein is hereby dismissed as it pertains to the Defendant, Jaime Rocha Velasquez.

DATED this 12th day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Court Judge